

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 27 2003

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| CINDEE MACK, et. al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. 3:01-CV-2125-R |
| | § | |
| CENTER OPERATING COMPANY, L.P., | § | |
| | § | **3 03CV 0164R** |
| Defendant. | § | |

## ORDER

On this day, the Court considered Defendant Center Operating Company, L.P.'s Motion to Sever and For New Scheduling Order. Having reviewed the Motion and all supporting and opposing briefs and evidence, this Court finds the Motion is well founded and it is hereby GRANTED. It is therefore

ORDERED that pursuant to Rule 21 of the Federal Rules of Civil Procedure, all causes of action asserted against Defendant by Cindee Mack are to be severed, litigated and tried separately from all causes of action asserted against Defendant by Fonda Duse. The Duse lawsuit will be given a separate cause number and will proceed independently from the Mack lawsuit for all purposes. It is further

ORDERED that a new scheduling order will be issued to control the Duse lawsuit.

DATED this **27** day of _____**JAN**_____, 2003.

_____
United States District Judge

Certified a true copy of an instrument
on file in my office on 1/27/03
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy