ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 7 2003
CLERK, U.S. DISTRICT COURT
By _____ Deputy

ENTERED
FEB-7 2003
U.S.D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FONDA DUSE, | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CASE NO: 3:03-CV-0164-R |
| | § | |
| CENTER OPERATING COMPANY, | § | |
| Defendant(s). | § | |

## ORDER REGARDING JUDGE BUCHMEYER'S SCHEDULING ORDER

Pursuant to the District Court's Scheduling Order in this case, entered February 6, 2003, all disputes concerning pleading and discovery matters and certain other non-dispositive motions have been "automatically" referred to the undersigned Magistrate Judge. In accordance with that directive, and to ensure that these matters are promptly addressed, these "automatically" referred motions must be properly titled as set forth below:

Specifically, **any pleading or discovery dispute must be titled in accordance with the instructions set forth in ¶ 4(a) of the District Court's Scheduling Order.** Specifically, ¶ 4(a) provides:

> (a) The first pleading or discovery dispute filed in this case SHALL be titled "PLEADING/DISCOVERY DISPUTE NO. 1," and each subsequent pleading/discovery dispute shall be numbered consecutively (i.e., "PLEADING/DISCOVERY DISPUTE NO. 2, ...NO. 3, ", etc.).

If these pleading or discovery disputes, intended for resolution by the Magistrate Judge, are not titled in accordance with the above directive, the litigants risk delay in the resolution of their dispute.

With regard to other non-dispositive motions automatically referred to the Magistrate Judge in paragraph 4(c) of the District Court's Standard Scheduling Order they must be titled **"Automatic-Referral under Paragraph 4 (c) of Scheduling Order"** in order to ensure prompt receipt and resolution by the Magistrate Judge.

Finally, when any of the automatically-referred motions described above are filed with the District Clerk's Office a copy of the motion must be **hand delivered** to the undersigned's chambers on the day the motion is filed. If the motion is not hand delivered to the undersigned's chambers, the undersigned may not receive notice that a dispute is pending for resolution.

SO ORDERED, this ___7___ day of ___February___, 2003.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE